# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

159804

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JASON JAY ROBINSON,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159804
COA: 348217
St. Clair CC: 18-000145-FC

      By order of November 20, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the May 15, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the St. Clair Circuit Court correctly scored Offense Variable (OV) 1, MCL 777.31, and OV 3, MCL 777.33. See *People v McGraw*, 484 Mich 120, 135 n 45 (2009).



a0224

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



Clerk